# UNITED STATES DISTRICT COURT OF PA

## 3:20-CV-0150

FILED
HARRISBURG, PA
APR 14 2020
PER _____ DEPUTY CLERK

YOUR HONOR MARINI:

I AM CORRECTLY VERY SICK AND HAS TESTED POSITIVE with the VIRUS (COVID-19).

AT this point of time MY HEALTH COME First AND I AM UNABLE to Do NOTHING.

AS you know your HONORABLE, I WAS RELEASE because OF my MEDICAL HEALTH CONDITIONS AND NOW your court is FORCEING ME to FORGET OF MY MEDICAL CONDITION AND FOCUS ON COURT ISSUES.

IN my Last motion to this court, I told you, I WAS Coming DOWN with the VIRUS AND I NEEDED YOUR court to EXTEN my PETITION-LAW suit FOR 60 DAYS OR until the COVID-19 MEDICATION CAN be AVailable.

BECAUSE NOW I, HAVE tested positive I AM ASKING YOUR court to MUTE this LAW suit, until I CAN get SOME MEDICAL MEDICATION AND get well.

AT this point of TIME PEOPLE in "OUR" country AND "OUR" citizens are DIEING BECAUSE THE is "NO" MEDICATION FOR the VIRUS.

"WHY" your HONOR, are you so in correct to HEAR my CASE, EVEN though, you KNOW VERY well I AM VERY sick AND has no MEDICATION to killed the VIRUS.

A DELAY to this case will not cause the RESPONDE ANY HARM AND the GOVERNMENT HAS NOT EXPOSE to my EXTENTION to HAVE this PETITION MUTE. AND the COURT IS playing PROSECUTOR.

- CRUELTY SHALL NOT BE Allow in ANY COURT IN the UNITED STATES.

- YOUR HONOR MARINI, YOU are VERY EVIL to ME AND I HAS ALWAYS KNOW, YOU WHICH I be HARM torture, KIll OR BE ANYTHING, but GOD will not Allow YOUR CRUELTY AND EVIL.

- YOUR HONOR, AGAIN I, AM SICK with the VIRUS-COVID-19 AND CAN NOT GO ANY WHERE AND DO NOT HAVE ANY MEDICATION to KILL my SICKNESS. The COVID-19 AND ASK this COURT TO MUTE this Lawsuit until I CAN BE ABLE to GET MEDICATION.

- I AM FACEING LIFE AND DEATH RIGHT NOW, AND I WILL NOT BE ABLE to MEET the April DEADLINE IFP. YOU YOUR HONOR, SHALL STOP HARRISING ME TO FILE COURT Documents, EVEN though YOU KNOW I AM VERY WELL SICK without ANY MEDICATIONS FOR the VIRUS.

HENRY PRATT

2135 S 61 St STREET
PHIL, PA 19142
3:20-CV-0150

